JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Matthew Hanke

## DEFENDANTS
Jim Perrine, Village of Marissa, Terry Hamon and Village of New Athens

**(b)** County of Residence of First Listed Plaintiff: **St. Clair**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jarrod P. Beasley, The Kuehn Law Firm, 23 Public Square, Suite 450 Belleville, IL 62220, (618) 277-7260

Attorneys *(If Known)*
James C. Cook, Walker and Williams P.C., 4343 West Main St., Belleville, IL 62226 (618) 277-1000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**42 U.S.C. 1983**
Brief description of cause:
Police use of excessive force.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: 50,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

MATTHEW HANKE, )
 )
    Plaintiff, )
 )
v. ) No. 14L643
 )
JIM PERRINE, VILLAGE OF MARISSA, )
TERRY HAMON, and VILLAGE OF )
NEW ATHENS, )
 )
    Defendants. )

FILED
ST. CLAIR COUNTY
SEP 1 6 2014
CIRCUIT CLERK

## COMPLAINT

Comes now the plaintiff, Matthew Hanke, by and through his attorney, Jarrod P. Beasley of The Kuehn Law firm and for his Complaint against the Defendants, Jim Perrine, Village of Marissa, Terry Hamon and the Village of New Athens states as follows:

### (Count I – JIM PERRINE – 42 U.S.C. § 1983)

1. That at all times mentioned herein, the defendant, Jim Perrine, was employed as an officer for the Village of Marissa.

2. That at all times mentioned herein, the defendant was acting under color of law and in his capacity as officer for the Village of Marissa.

3. That on or about March 2, 2014, the plaintiff, Matthew Hanke, was at his home in Lenzburg, Illinois. Plaintiff began experiencing seizures. His wife contacted emergency services by dialing 9-1-1. Defendants Perrine from the Marissa Police Department and Terry Hamon of the New Athens Police Department responded.

4. When they arrived, at approximately 6:30 p.m. they entered Plaintiff's home.

5. Plaintiff was relaxing and had gotten his seizures under control.

6. Defendants advised plaintiff he had to go to the hospital via ambulance.

7. Plaintiff advised that his health situation had resolved and that he did not wish to incur unnecessary medical bills for which he had no insurance.

8. Plaintiff was understandably confused by the entire circumstance and attempted to walk out of his back door.

9. At this time, Defendants ran after plaintiff, pushed his elderly mother to the ground, and Perrine fired his tazer striking plaintiff.

10. While on the ground, Defendants were unnecessarily rough with plaintiff.

11. Plaintiff did not resist and that defendants, without any legal justification tackled and tazered him causing severe physical damage.

12. That the plaintiff was charged with various offenses by Defendants.

13. That in an attempt to justify these charges, as well as the unlawful detention of the plaintiff, the defendant charged the plaintiff with resisting a peace officer.

14. That the aforementioned acts by the defendant constituted grossly excessive force and an illegal seizure in violation of the plaintiff's fourth amendment rights.

15. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendant, the plaintiff suffered personal injury and pain and suffering, lost his freedom, lost sums of money due to inability to work, and will continue to experience pain and suffering, lose sums of money, and the stigma associated with having sustained a record of the aforementioned arrest.

WHEREFORE, the Plaintiff, Matthew Hanke, demands judgment against the defendant, Jim Perrine, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), including

costs, reasonable attorney fees, expert fees, punitive damages, prejudgment interest, costs and any further relief this Court deems just and proper.

### (Count II – TERRY HAMON – 42 U.S.C. § 1983)

1. That at all times mentioned herein, the defendant, Terry Hamon, was employed as an officer for the Village of New Baden.

2. That at all times mentioned herein, the defendant, Hamon, was acting under color of law and in his capacity as officer for the Village of New Baden.

3. That on or about March 2, 2014, the plaintiff, Matthew Hanke, was at his home in Lenzburg, Illinois. Plaintiff began experiencing seizures. His wife contacted emergency services by dialing 9-1-1. Defendants Perrine from the Marissa Police Department and Hamon of the New Baden Police Department responded.

4. When they arrived, at approximately 6:30 p.m. they entered Plaintiff's home.

5. Plaintiff was relaxing and had gotten his seizures under control.

6. Defendants advised plaintiff he had to go to the hospital via ambulance.

7. Plaintiff advised that his health situation had resolved and that he did not wish to incur unnecessary medical bills for which he had no insurance.

8. Plaintiff was understandably confused by the entire circumstance and attempted to walk out of his back door.

9. Plaintiff did not resist and that defendants, without any legal justification tackled and tazered him causing severe physical damage.

10. That the plaintiff was charged with various offenses by Defendants.

11. That in an attempt to justify these charges, as well as the unlawful detention of the plaintiff, the defendant charged the plaintiff with resisting a peace officer.

12. That the aforementioned acts by the defendant constituted grossly excessive force and an illegal seizure in violation of the plaintiff's fourth amendment rights.

13. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the defendant, the plaintiff suffered personal injury and pain and suffering, lost his freedom, lost sums of money due to inability to work, and will continue to experience pain and suffering, lose sums of money, and the stigma associated with having sustained a record of the aforementioned arrest.

WHEREFORE, the Plaintiff, Matthew Hanke, demands judgment against the defendant, Terry Hamon, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), including costs, reasonable attorney fees, expert fees, punitive damages, prejudgment interest, costs and any further relief this Court deems just and proper.

### (Count III – Village of Marissa - Indemnification)

1. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through 15 of Count I as if fully set forth herein.

2. Pursuant to 745 ILCS 10/9-102 the county is required to pay any tort judgment or settlement for compensatory damages of its employee while acting within the scope of his employment.

3. Defendant Jim Perrine was acting in the course and scope of his employment at all times referenced in the complaint.

4. Village of Marissa is an indispensable party to this litigation under Federal Rule 19.

WHEREFORE, the plaintiff, Matthew Hanke, demands judgment against the defendant Village of Marissa for the amount of any judgment entered against Defendant Jim Perrine in Count I and for such further relief as this Court deems just and proper.

(Count IV – Village of New Baden - Indemnification)

1. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through 14 of Count II as if fully set forth herein.

2. Pursuant to 745 ILCS 10/9-102 the county is required to pay any tort judgment or settlement for compensatory damages of its employee while acting within the scope of his employment.

3. Defendant Terry Hamon was acting in the course and scope of his employment at all times referenced in the complaint.

4. Village of Marissa is an indispensable party to this litigation under Federal Rule 19.

WHEREFORE, the plaintiff, Matthew Hanke, demands judgment against the defendant Village of New Baden for the amount of any judgment entered against Defendant Terry Hamon in Count II and for such further relief as this Court deems just and proper.

Respectfully Submitted,

Jarrod P. Beasley #6274536
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
jpbeasley@kuehnlawfirm.com

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| MATTHEW HANKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14L643 |
| | ) | |
| JIM PERRINE, VILLAGE OF MARISSA, | ) | |
| TERRY HAMON, and VILLAGE OF | ) | |
| NEW ATHENS, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
ST. CLAIR COUNTY
SEP 1 6 2014
CIRCUIT CLERK

## AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed fifty thousand dollars ($50,000.00).

Respectfully Submitted,

Jarrod P. Beasley #6274536
Attorney for the Plaintiff
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number 14-L 643

Amount Claimed In excess of $50,000.00

| MATTHEW HANKE | JIM PERRINE, VILLAGE OF MARISSA, TERRY HAMON and THE VILLAGE OF NEW ATHENS |
|---|---|
| | VS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix L         Code 02         Nature of Action Tort - other         Code 02

Pltf. Atty. Jarrod P. Beasley         Code _____
Address 23 Public Square, Suite 450
City Belleville, IL 62220         Phone 277.7260
Add. Pltf. Atty. _____         Code _____

**SUMMONS COPY**

To the above named defendant(s)......:

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME Village of Marissa, Illinois
       c/o Mayor Jerry Cross
ADDRESS
       212 N. Main Street
CITY & STATE Marissa, IL 62257

[ ] A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[✓] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS _____ 9-16 20 14

_____
Clerk of Court
BY DEPUTY: _____

SEAL

Donna Stewart  S2 W/F 2:14pm
Secretary       9-25-14

DATE OF SERVICE: 9-25-14 20___
(To be inserted by officer on copy left with defendant or other person)

2014L000643

Kahalah A. Clay
Electronically Filed
Transaction Id : 171635447
14L643
10/07/2014
KENT,JUDY

**Process Servers Inc.**
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case #   **14 L 643**

# RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached **Summons Copy** on the **29 th** day of **September** 2014, at the hour **2:14:00 PM** of on **Donna Srewart** whom I would describe as follows; Sex: **Female** Race: **White** Age: **52 yrs**

I served the same at the following address: **212 N. Main St.**

**Marissa Il. 62264**

--------

**If served on someone other than the Defendant at the usual place of abode, please complete:**
I served the same upon a person residing in the house hold of **Jerry Cross** informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

--------

**Please complete if service was not made:**
I was unable to serve the Defendant for the following reason:

--------

SUBSCRIBED AND SWORN TO before me this ___ day of ____, 2014

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/18

NOTARY PUBLIC

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

```
SHERIFF'S FEES
Service and return _____ $
Miles _____ $ _____
Total _____ $ _____


Sheriff of _____ County
```

_____, Sheriff of _____ County

_____, Deputy

2014L000643

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number  14-L-643

Amount Claimed  In excess of $50,000.00

| MATTHEW HANKE | JIM PERRINE, VILLAGE OF MARISSA, TERRY HAMON and THE VILLAGE OF NEW ATHENS |
|---|---|
| Plaintiff(s) | VS  Defendant(s) |

Classification Prefix  L    Code  02    Nature of Action  Tort - other    Code  02

Pltf. Atty.  Jarrod P. Beasley    Code _____
Address  23 Public Square, Suite 450
City  Belleville, IL 62220    Phone  277.7260
Add. Pltf. Atty. _____    Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME  OFFICER JIM PERRINE
       c/o Marissa Police Department
ADDRESS  2 W. Marissa Street
CITY & STATE  Marissa, IL 62257

## SUMMONS COPY

To the above named defendant(s).........

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20___ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Officer Tom Prather 3rwm
2:09 pm 9-29-14 #20
SEAL

WITNESS  9-16-20 14
_____
Kahulah Clay
Clerk of Court
BY DEPUTY: _____

DATE OF SERVICE:  9-29-14  20___
(To be inserted by officer on copy left with defendant or other person)





*Kahalah A. Clay*
Electronically Filed
Transaction Id : 171635447
14L643
10/07/2014
KENT,JUDY

**Process Servers Inc.**
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case # **14 L 643**

# RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached **Summons Copy** on the **29 th** day of **September** 2014, at the hour **2:09:00 PM** of on **Tom Prather** whom I would describe as follows; Sex: **Male** Race: **White** Age: **35 yrs**
I served the same at the following address: **2 W. Marissa St.**

**Marissa Il. 62264**

---

**If served on someone other than the Defendant at the usual place of abode, please complete:**
I served the same upon a person residing in the house hold of **Jim Perrine** informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

---

**Please complete if service was not made:**
I was unable to serve the Defendant for the following reason:

---

SUBSCRIBED AND SWORN TO before me this ___ day of ___, 2014

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/18

NOTARY PUBLIC

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ $ |
| Total _____ $ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __14-L 643__

Amount Claimed __In excess of $50,000.00__

| Plaintiff(s) | Defendant(s) |
|---|---|
| MATTHEW HANKE | JIM PERRINE, VILLAGE OF MARISSA, TERRY HAMON and THE VILLAGE OF NEW ATHENS VS |

Classification Prefix __L__ Code __02__ Nature of Action __Tort - other__ Code __02__

Pltf. Atty. __Jarrod P. Beasley__ Code _____
Address __23 Public Square, Suite 450__
City __Belleville, IL 62220__ Phone __277.7260__
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME __Officer Terry Hamon__
__c/o New Athens Police Department__
ADDRESS
__905 Spotsylvania Street__
CITY & STATE __New Athens, IL 62264__

**SUMMONS COPY**

To the above named defendant(s)........:

[ ] A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M, On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[✓] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

chief/LEO Sim Butler
So w/m 1:47 pm 9-25-14
SEAL #20

WITNESS, _____ 9-16 20 14
_Kahulah Clay_
Clerk of Court
BY DEPUTY: _____

DATE OF SERVICE: __9-25-14__ 20__
(To be inserted by officer on copy left with defendant or other person)

Kahalah A. Clay
Electronically Filed
Transaction Id : 171635447
14L643
10/07/2014
KENT,JUDY

## Process Servers Inc.
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case #     14 L 643

### RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached **Summons Copy** on the **29 th** day of **September** 2014, at the hour **1:47:00 PM** of on **Leo Simburger** whom I would describe as follows; Sex: **Male**  Race: **White**  Age: **50 yrs**
I served the same at the following address:   **905 Spotsylviana St.**

**New Athens Il. 62264**

---

**If served on someone other than the Defendant at the usual place of abode, please complete:**
I served the same upon a person residing in the house hold of **Terry Hamon**
10-2-14
informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

---

**Please complete if service was not made:**
I was unable to serve the Defendant for the following reason:

---

SUBSCRIBED AND SWORN TO before me this  2nd day of Oct , 2014

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/18

NOTARY PUBLIC

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES | |
|---|---|
| Service and return | $ |
| Miles | $ |
| Total | $ |

_____, Sheriff of _____ County

_____, Deputy

Sheriff of _____ County

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __14-L 643__

Amount Claimed __In excess of $50,000.00__

| MATTHEW HANKE | JIM PERRINE, VILLAGE OF MARISSA, TERRY HAMON and THE VILLAGE OF NEW ATHENS |
|---|---|
| Plaintiff(s) | VS Defendant(s) |

Classification Prefix __L__ Code __02__     Nature of Action __Tort - other__ Code __02__

Pltf. Atty. __Jarrod P. Beasley__ Code ____
Address __23 Public Square, Suite 450__
City __Belleville, IL 62220__ Phone __277.7260__
Add. Pltf. Atty. _____ Code ____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME __Village of New Athens, Illinois__
    __c/o Richard Klein__
ADDRESS
    __605 S. Johnson Street__
CITY & STATE __New Athens, IL 62264__

## SUMMONS COPY

To the above named defendant(s).........:

[ ] A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[✓] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS __9-16-20 14__

_____ Clerk of Court
SEAL
BY DEPUTY: _____

Chief / Leo Simburger
50 w/m 1:47 pm 9-25-14 #20

DATE OF SERVICE: __9-25-14__ 20__
(To be inserted by officer on copy left with defendant or other person)

2014L000643

*Kahalah A. Clay*
Electronically Filed
Transaction Id : 171635447
14L643
10/07/2014
KENT,JUDY

## *Process Servers Inc.*
111 West Washington Street
Belleville, Illinois - 62220
(618) 277-4410
License # 117-000823

Case # **14 L 643**

## RETURN OF SERVICE

I, the undersigned employee of Process Servers Inc., a duly registered and qualified Private Investigator, licensed by the State of Illinois, being duly sworn in on my Oath, state that I served the attached **Summons Copy** on the **29 th** day of **September** 2014, at the hour **1:47:00 PM** of on **Leo Simburger** whom I would describe as follows; Sex: **Male**   Race: **White**   Age: **50 yrs**

I served the same at the following address:   **905 Spotsylviana St.**

**New Athens Il. 62264**

---

**If served on someone other than the Defendant at the usual place of abode, please complete:**

I served the same upon a person residing in the house hold of **Richard Klein** informing the person of the Contents of the Summons, and I further placed a copy of said Summons in a sealed envelope with postage fully prepaid and addressed same to Defendant at his or her place of abode.

---

**Please complete if service was not made:**
I was unable to serve the Defendant for the following reason:

---

SUBSCRIBED AND SWORN TO before me this  _2nd_  day of _Oct_, 2014

OFFICIAL SEAL
JAMES A MOUREY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/18

NOTARY PUBLIC

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ $ |
| Total _____ $ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy