UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW HANKE,

    Plaintiff,

       v.

JIM PERRINE *et al.*,

    Defendants.

Case No. 14-1136 JPG/SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' stipulation of dismissal (doc.#20). Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 22, 2014

                              *s/J. Phil Gilbert*
                              UNITED STATES DISTRICT JUDGE